# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDESHIR AMIRENTEZAM *et al.*,<br><br>*Plaintiffs*<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN *et al.*,<br><br>*Defendants*. | Civil Action No. 1:19-cv-02066-GMH |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's Motion to Withdraw Plaintiff's Motion for Default Judgment (ECF No. 18), Plaintiff's Motion is hereby **GRANTED.**

_____
G. Michael Harvey
United States District Judge

Date: _____