UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDESHIR AMIRENTEZAM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>Defendants. | Case No. 19-cv-2066 (GMH) |

### ORDER STAYING CASE

Plaintiffs Anoushiravan Amirentezam, Ardeshir Amirentezam, and Elham Entezam Breuer have sued the Defendants, including the Islamic Republic of Iran, under the terrorism exception of the Foreign Sovereign Immunities Act. ECF Nos. 1, 5. When Defendants failed to answer or otherwise respond to the operative Complaint, Plaintiffs sought entry of default and, thereafter, filed a motion for default judgment. ECF Nos. 15, 16, 18. At a status conference held on February 11, 2022, the Court indicated that the motion for default judgment was likely to be denied as deficient and gave Plaintiffs the option of withdrawing the motion without prejudice to filing a renewed motion at some time in the future. Plaintiffs therefore filed a motion to withdraw the request for default judgment, which the Court granted without setting a date certain for submission of the contemplated renewed motion. *See* ECF Nos. 22, 23. No renewed motion has yet been filed. Accordingly, it is hereby

**ORDERED** that this case is **ADMINISTRATIVELY STAYED** pending the filing of a renewed motion for default judgment. It is further

**ORDERED** that, if no such motion is filed by October 17, 2022, Plaintiffs shall file a status report on that date informing the Court if and when a renewed motion for default judgment will be filed.

**SO ORDERED.**

Date:   June 7, 2022

                                                           G. MICHAEL HARVEY
                                                           United States Magistrate Judge